UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHEMELL HAMPTON, Individually, and )
on Behalf of KHYRA GRIMES, a Minor, )
               )
    Plaintiff,        )  Case No. 14-cv-9830
 v.              )
               )
UNITED STATES OF AMERICA,   )
               )
    Defendant.       )

## COMPLAINT AT LAW

Plaintiff, CHEMELL HAMPTON, Individually, and on Behalf of KHYRA GRIMES, a Minor, by and through their attorneys, JAMES P. NAVARRE and MOSSING & NAVARRE, LLC, complaining of the defendant, UNITED STATES OF AMERICA, states as follows:

## PARTIES, JURISDICTION AND VENUE

1. This is a Federal Tort Claims Act (FTCA) complaint arising out of medical care plaintiff, CHEMELL HAMPTON, received for prenatal care, induction of labor, and delivery of twins, including minor plaintiff, KHYRA GRIMES, from Dr. Marjorie G. Michel and the medical staff of Chicago Family Health Center, Inc., in Cook County, Illinois.

2. At all times relevant herein, the plaintiffs were treated by Dr. Marjorie G. Michel and medical staff of Chicago Family Health Center, Inc., comprising a single organized medical staff who were employees of the UNITED STATES OF AMERICA and who were acting in the course and scope of their employment by the UNITED STATES OF AMERICA during their treatment of plaintiffs CHEMELL HAMPTON and KHYRA GRIMES, and at all times herein.

3. Plaintiffs CHEMELL HAMPTON and KHYRA GRIMES have exhausted their administrative remedy under 28 U.S.C. Sections 1346(b), 2401(b), 2671-2680. See Exhibit A.

4. Jurisdiction is proper under 28 U.S.C. § 1346(b)(1).

5. Venue is proper under 28 U.S.C. § 1402(b) in that the acts and omissions forming the basis of these claims occurred in the Northern District of Illinois, Eastern Division.

## **COUNT I – MEDICAL NEGLIGENCE**

6. On or about May 3, 2012, Dr. Michel admitted CHEMELL HAMPTON to Labor and Delivery at Advocate Trinity Hospital located at 2320 East 93rd Street in Chicago, Illinois for induction of labor and delivery of twins. This claim concerns KHYRA GRIMES, the second twin to be born, who is identified as "Twin B" in the medical records.

7. On or about the evening of May 4, 2012, the fetal monitoring strips for the twins were not reassuring.

8. In the early morning hours of May 5, 2012, Dr. Michel could not obtain heart tones or an adequate tracing for KHYRA GRIMES.

9. During the early morning hours of May 5, 2012, the first twin was born.

10. During the morning hours of May 5, 2012, a vacuum delivery was attempted on KHYRA GRIMES.

11. On May 5, 2012, by the time Dr. Michel performed a C-section and delivered KHYRA GRIMES, KHYRA was hypoxic and her cord blood gases demonstrated she was acidotic.

12. After delivery, KHYRA GRIMES had low Apgar scores and seizures due to hypoxic ischemic encephalopathy (HIE).

13. KHYRA GRIMES has subsequently been diagnosed with cerebral palsy, for which she will require lifelong care and treatment including neurological treatment, assistive devices, speech therapy, cognitive therapy, developmental therapy, occupational therapy, physical therapy, orthopedic and podiatry care, ophthalmology, and ENT treatment.

14. KHYRA GRIMES has a permanent brain injury and will likely never be able to live independently, requiring lifelong assistance with daily activities.

15. KHYRA GRIMES has permanent pain and suffering, permanent disability, permanent loss of normal life, and permanent disfigurement.

16. At all times relevant herein, Dr. Michel and the medical staff of Chicago Family Heath Center, Inc., as agents and employees of the UNITED STATES OF AMERICA acting within the scope of their employment, had a duty to comply with the standard of care relative to the care and treatment of CHEMELL HAMPTON and the minor plaintiff, KHYRA GRIMES.

17. The defendant, the UNITED STATES OF AMERICA, by and through its authorized agents and employees including by not limited to Dr. Michel and the medical staff of Chicago Family Health Center, Inc., breached its duty of care to CHEMELL HAMPTON and minor plaintiff, KHYRA GRIMES.

18. The defendant, the UNITED STATES OF AMERICA, by and through its authorized agents and employees including but not limited to Dr. Michel and the medical staff of Chicago Family Health Center, Inc., was negligent in one or more of the following ways:

  a. Failed to properly diagnose and treat CHEMELL HAMPTON and KHYRA GRIMES prenatally, and during the admission for induction, labor, and delivery;

  b. Failed to properly and timely assess CHEMELL HAMPTON and KHYRA GRIMES during induction, labor, and delivery;

  c. Failed to properly and timely recognize that KHYRA GRIMES should be delivered sooner via Caesarian section when her fetal heart tones and tracing were non-reassuring;

  d. Failed to properly and timely perform a Caesarian section when there were no heart tones for KHYRA GRIMES and the tracing was not adequate for KHYRA GRIMES;

  e. Failed to properly and timely perform a Caesarian section in light of KHYRA GRIMES' intolerance to labor;

    f.   Improperly attempted a vacuum delivery of KHYRA GRIMES;

    g.   Failed to properly and timely perform a Caesarian section given KHYRA GRIMES' presentation;

    h.   Failed to properly and timely respond to abnormalities on the fetal monitor tracings;

    i.   Failed to timely recognize fetal intolerance to labor; and/or

    j.   Was otherwise careless and negligent.

19. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions by the defendant, the UNITED STATES OF AMERICA, by and through its authorized agents and employees, including but not limited to Dr. Michel and the medical staff of Chicago Family Health Center, Inc., KHYRA GRIMES has suffered permanent injuries, disabilities, loss of normal life, and disfigurement of a personal and pecuniary nature.

## COUNT II – FAMILY EXPENSE ACT

20. The Plaintiffs repeat and reallege Paragraphs one through nineteen above as Paragraphs one through nineteen of Count II as if fully set forth herein.

21. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions on the part of the defendant, the UNITED STATES OF AMERICA, by and through its authorized agents and employees, including but not limited to, Dr. Michel and the medical staff at Chicago Family Health Center, Inc., CHEMELL HAMPTON has incurred and will continue to incur various medical and other related expenses to care and treat her daughter, the minor plaintiff KHYRA GRIMES, for lifelong injuries and damages sustained as a result of the negligent acts and/or omissions on the part of the Defendant.

Wherefore, Plaintiff, CHEMELL HAMPTON, Individually, and on Behalf of KHYRA GRIMES, a Minor, moves for judgment against the Defendant, UNITED STATES OF

AMERICA, in a sum in excess of the jurisdictional limit of Seventy-Five Thousand and 00/100 ($75,000.00) dollars, plus costs.

                                             Respectfully Submitted,

                                             _/s/ Jim P. Navarre_____

Jim P. Navarre
Mossing & Navarre, LLC
30 North LaSalle Street – Suite 1524
Chicago IL 60602
(312)262-6700
Attorney #: 6216600